# COMPLAINT
(for non-prisoner filers without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Rikki M. Brown

v.

(Full name of defendant(s))

Johnsonville Sausage LLC

Case Number: 21-C-045 BHL

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __101 W. Arndt St. Fond Du Lac, WI 54935__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Johnsonville Sasuage LLC__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of  Wisconsin
_____
(State, if known)
and (if a person) resides at N6928 Johnsonville Way, Sheboygan Falls, WI 53085
_____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for Johnsonville Sausage LLC
_____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I began working for Johnsonville on or about November 27, 2018 as a Tray Packer/

Machine Operator. On or about Febuary 18, 2020 I engaged in protected activity when

I filed a charge of discrimination with Wisconsin Equal Rights Division (no. 20200499,

EEOC no.26G-2020-00561). The respondent subsequently terminated my

employment on or aboutg June 3, 2020 for an error which others routinely make

without consequence. I believe I have been discriminated against based on retaliaton

for engaging in protected activity, in violation of Title VII of the civil Rights Act of 1964,

as amended.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am looking for monetary relief for the discrimination that took place

while working for Johnsonville Sausage LLC. and for all defendant who participated in

such to be relieved from their position within Johnsonville Sausage LLC.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES    ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___30___ day of _____March_____ 20_21_.

Respectfully Submitted,

_____
Signature of Plaintiff

920-970-2645
Plaintiff's Telephone Number

(920)970-2645
Plaintiff's Email Address

lilric2012@gmail.com

101 W. Arndt St. Fond Du Lac, WI 54935
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5